FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWARD LEON NELSON,<br><br>                    Petitioner,<br><br>    v.<br><br>JASON BENNETT,<br><br>                    Respondent. | 1:24-cv-03009-SAB<br><br>**ORDER DISMISSING PETITION** |

On April 17, 2024, the Court received documents from Petitioner indicating that he wishes to voluntarily withdraw his *pro se* Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254, and to advise the Court of his legal name change to Is-real Almighty Divine. ECF Nos. 7 and 7-1. The $5.00 filing fee was paid for this action. Respondent has not been served.

Accordingly, **IT IS ORDERED**:

1. Petitioner's construed Motion to Voluntarily Dismiss Petition, **ECF No. 7,** is **GRANTED** pursuant to Federal Rule of Civil Procedure 41(a).

2. The Petition, **ECF No. 1**, is **DISMISSED without prejudice.**

3. The Clerk of Court is **DIRECTED** to enter **JUDGMENT** of dismissal without prejudice.

4. The Clerk of Court is **DIRECTED** to **CLOSE** the file.

ORDER DISMISSING PETITION -- 1

5.   The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith and there is no basis upon which to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability is therefore **DENIED.**

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order and provide a copy to Petitioner.

**DATED** this 19th day of April 2024.



Stanley A. Bastian
Chief United States District Judge

ORDER DISMISSING PETITION -- 2