AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Apr 19, 2024
SEAN F. McAVOY, CLERK

| | |
|---|---|
| EDWARD LEON NELSON,<br>*Plaintiff*<br>v.<br>JASON BENNETT,<br>*Defendant* | )<br>)<br>)    Civil Action No.  1:24-cv-03009-SAB<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other**: Petitioner's construed Motion to Voluntarily Dismiss Petition, ECF No. 7, is GRANTED pursuant to Federal Rule of Civil Procedure 41(a).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on a motion to voluntarily dismiss petition.

Date:  April 19th, 2024

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*

Sara Gore